**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugene P Patterson,<br><br>    Petitioner,<br><br>v.<br><br>Craig Apker, et al.,<br><br>    Respondents. | No. CV-12-00520-TUC-DCB (HCE)<br><br>**ORDER** |

On May 13, 2019, Petitioner filed a Motion for Court Order Directing Prisoner Payment. (Doc. 20.) It appears that he seeks to establish *in forma pauperis* status in this case. This case has, however, been closed since June 28, 2013. (Order (Doc. 16); Judgment (Doc. 17)). The case was closed because Petitioner failed to name the custodian holding him at the time he filed the Complaint and the Amended Complaint. "[A] federal habeas petitioner seeking relief under 2241 must name his immediate custodian as respondent." (Order (Doc. 16) (citing *Allen v. State of Oregon*, 153 F.3d 1046, 1050 (9th Cir. 1998)). In the Complaint, Petitioner named Craig Apker, who was not the Warden of the Central Arizona Detention Center-Florence, where he was then incarcerated. In the Amended Complaint, he again named Craig Apker, who was the former Warden of USP-Tucson.

At the time of these filings, the Court's docket reflected that the Petitioner was being transferred between FCC-Tucson (Wilmont) (Notice (Doc. 12) filed 4/17/13), USP-Lewisburg, Pennsylvania (Notice (Doc. 13) filed June 5, 2013), USP-Tucson (Notice (Doc. 14) filed 6/19/2013), and USP-Florence, Colorado (Notice (Doc. 19) filed 7/22/2013). The

Order and Judgment dismissing the case were sent to both USP-Tucson and USP-Florence. Both were returned to the Clerk of the Court as not deliverable. The Court will resend copies of both to Petitioner, who is now residing at USP-Tucson. See Motion (Doc. 20).

This case is closed, having been dismissed without prejudice. Petitioner may file a new case for relief under 28 U.S.C. 2241, but he may not proceed any further in this case.

**Accordingly,**

**IT IS ORDERED** that the Motion for Court Order Directing Prisoner Payment (Doc. 20) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order, and the Order (Doc. 16) and Judgment (Doc. 17) dismissing and closing the case to the Petitioner at USP-Tucson, P.O. Box 24550, Tucson, AZ 85734.

Dated this 19th day of July, 2019.

Honorable David C. Bury
United States District Judge